# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

---

June 4, 2026

Honorable Leda D. Wettre
United States Magistrate Judge
Frank R. Lautenberg Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07101

                                    **RE: United States v. Milo Sedarat**
                                    **25-11261 (AME)**

Dear Judge Wettre,

On November 5, 2025, Milo Sedarat had his initial appearance before Magistrate Judge Espinosa for a criminal complaint charging him with two counts of transmitting threats in interstate and foreign commerce in violation of 18 U.S.C. § 875(c).  He consented to detention without prejudice at that hearing.  Mr. Sedarat subsequently filed a motion for pretrial release on June 1, 2026. ECF 12.  The Government requested one week to respond to the motion.  Magistrate Judge Adams granted the Government's request and ordered the Government to file its response by June 9, 2026.  Your Honor subsequently set the bail hearing for June 11, 2026, at 2:30 pm.

Since the filing of Mr. Sedarat's first bail motion, the parties have engaged in several discussions about certain previously unforeseen issues related to the motion. At this point, Mr. Sedarat, through counsel, requests to withdraw his motion for pretrial release, while retaining the right to re-file before a future duty Magistrate Judge on short notice.  Mr. Sedarat thanks the Court for its prompt attention to this matter, and apologizes for any inconveniences caused by this request.

                                    Respectfully Submitted,

                                    /s/ Areeb A. Salim
                                    Areeb A. Salim
                                    Assistant Federal Public Defender
                                    Office of the Federal Public Defender
                                    1002 Broad Street

Newark, NJ 07102
973-339-7506 (tel.)

/s/ Anita Aboagye-Agyeman
Assistant Federal Public Defender